UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

-------------------------------------------------------------x

DOROTHY MCCULLOUGH,

                Plaintiff,

v.

UFCW LOCAL 152 RETAIL MEAT
PENSION FUND,

                Defendant.

-------------------------------------------------------------x

**ORDER GRANTING MOTION FOR ADMISSION *PRO HAC VICE***

Civil Action No:
1:17-cv-06578-NLH-KMW

Upon the Unopposed Motion for Richard S. Siegel, Esq. to be admitted *pro hac vice* to represent Defendant UFCW Local 152 Retail Meat Pension Fund in the above-referenced case and upon the proof that he is a member in good standing of the bars of the District of Columbia and the State of Maryland, it is hereby ORDERED that Richard S. Siegel, Esq. is admitted to practice *pro hac vice* in the above-referenced case to represent Defendant UFCW Local 152 Retail Meat Pension Fund in the United States District Court for the District of New Jersey provided that the filing fee has been paid.

Dated: October ____, 2017
Camden, New Jersey

                                                    The Honorable Karen M. Williams
                                                    United States Magistrate Judge

20550459v2