UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
-----------------------------------------------------------x
DOROTHY MCCULLOUGH,

      Plaintiff,

  v.

UFCW LOCAL 152 RETAIL MEAT
PENSION FUND,

      Defendant.
-----------------------------------------------------------x

**CERTIFIED STATEMENT OF RICHARD S. SIEGEL IN SUPPORT OF UNOPPOSED MOTION FOR ADMISSION *PRO HAC VICE***

Civil Action No:
1:17-cv-06578-NLH-KMW

Pursuant to Local Rule 101.1(c)(1), I, Richard S. Siegel, hereby certify that I am a member of the Bars of the District of Columbia and the State of Maryland.

As permitted by Local Rule 101.1(c)(1), in lieu of providing the information required by that Rule, certificates of good standing for my admission to those Bars are attached as Exhibit 1 to the Unopposed Motion for Admission *Pro Hac Vice* (ECF #12-1).

I further certify that that no disciplinary proceedings are pending against me in any jurisdiction and no discipline has previously been imposed on me in any jurisdiction.

I understand that upon my admission *pro hac vice*, I shall have the continuing obligation during the period of such admission promptly to advise the Court of the disposition made of pending charges or of the institution of new disciplinary proceedings.

Dated: October 3, 2017

            Respectfully submitted,

            */s/ Richard S. Siegel*
            Richard S. Siegel, Esq.
            SLEVIN & HART, P.C.
            1625 Massachusetts Ave., N.W., Suite 450
            Washington, DC 20036
            Telephone: (202) 747-8700
            Facsimile: (202) 234-8231
            rsiegel@slevinhart.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of October, 2017, I filed the foregoing Certified Statement of Richard S. Siegel in Support of Unopposed Motion for Admission *Pro Hac Vice* via the Court's ECF system which will send notice of filing to all counsel of record.

/s/ *Fredrick M. Marx*
Fredrick M. Marx

20558244v1