UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
-----------------------------------------------------------------x
DOROTHY MCCULLOUGH,

      Plaintiff,

v.

UFCW LOCAL 152 RETAIL MEAT
PENSION FUND,

      Defendant.
-----------------------------------------------------------------x

**AMENDED CERTIFIED STATEMENT OF RICHARD S. SIEGEL IN SUPPORT OF UNOPPOSED MOTION FOR ADMISSION *PRO HAC VICE***

Civil Action No:
1:17-cv-06578-NLH-KMW

Pursuant to Local Rule 101.1(c)(1), I, Richard S. Siegel, hereby certify that I am a member of the Bars of the District of Columbia and the State of Maryland. As permitted by Local Rule 101.1(c)(1), in lieu of providing the information required by that Rule, certificates of good standing for my admission to those Bars are attached as Exhibit 1 to the Unopposed Motion for Admission *Pro Hac Vice* (ECF #12-1).

I am further admitted to practice before the following federal courts, for which all information required by Local Rule 101.1(c)(1) is also listed below:

| Court | Admission Date | Name and Address of Individual or Office Maintaining Roll of Admitted Attorneys |
|---|---|---|
| United States Court of Appeals for the Second Circuit | December 3, 2014 | Kevin Brossky<br>Admissions<br>40 Foley Square<br>New York, NY 10007 |
| United States Court of Appeals for the Third Circuit | June 12, 2013 | Attorney Admissions<br>James A. Byrne United States Courthouse<br>601 Market Street<br>Philadelphia, PA 19106 |
| United States Court of Appeals for the Fourth Circuit | April 9, 2010 | Sandra Crumpton<br>Admissions<br>Lewis F. Powell Jr. Courthouse and Annex<br>1100 East Main St. Suite 501<br>Richmond, VA 23219 |
| United States Court of Appeals for the Seventh Circuit | April 9, 2010 | Lindsay Jaquas<br>Deputy Clerk<br>Everett M. Dirksen United States Courthouse<br>219 S. Dearborn Street, Room 2722<br>Chicago, IL 60604 |

| Court | Admission Date | Name and Address of Individual or Office Maintaining Roll of Admitted Attorneys |
|---|---|---|
| United States District Court for the District of Maryland | April 4, 2008 | Sierra Dennison<br>Attorney Admissions<br>101 West Lombard Street<br>Baltimore, MD 21201 |
| United States District Court for the District of Columbia | August 3, 2009 | Simone Bledsoe<br>Deputy Clerk – Attorney Admissions<br>333 Constitution Avenue NW, Room 1225<br>Washington, DC 20001 |
| United States District Court for the Northern District of Florida | April 26, 2011 | Erica Smith<br>Attorney Admissions Clerk<br>United States Courthouse<br>401 SE First Ave<br>Gainesville, FL 32601 |
| United States District Court for the Eastern District of Michigan | January 5, 2012 | Andrea Teet<br>Supervisor of Clerk's Office<br>Theodore Levin U.S. Courthouse<br>231 W. Lafayette Blvd. Room 564<br>Detroit, MI 48226 |

I further certify that that no disciplinary proceedings are pending against me in any jurisdiction and no discipline has previously been imposed on me in any jurisdiction.

I understand that upon my admission *pro hac vice*, I shall have the continuing obligation during the period of such admission promptly to advise the Court of the disposition made of pending charges or of the institution of new disciplinary proceedings.

Dated: October 4, 2017

Respectfully submitted,

Richard S. Siegel, Esq.
SLEVIN & HART, P.C.
1625 Massachusetts Ave., N.W., Suite 450
Washington, DC 20036
Telephone: (202) 747-8700
Facsimile: (202) 234-8231
rsiegel@slevinhart.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 4th day of October, 2017, I filed the foregoing Amended Certified Statement of Richard S. Siegel in Support of Unopposed Motion for Admission *Pro Hac Vice* via the Court's ECF system which will send notice of filing to all counsel of record.

/s/ *Fredrick M. Marx*
Fredrick M. Marx

20558244v2